IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-626

| | |
|---|---|
| KAREN PERRIGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding the motion of counsel for plaintiff seeking recovery of attorney fees in accordance with the Social Security Act, 42 U.S.C. § 406(b) [DE #30]. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling. The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is ALLOWED, and defendant is instructed to release the sum of $18,629.25 to counsel for plaintiff as attorney fees for services rendered before this court. Further, counsel for plaintiff is directed to return to plaintiff the $3,476.00 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The clerk of court is directed to close the case.

SO ORDERED, this the 7th day of September, 2012.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge